**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6032**

RONNIE JOE VANZANT,

            Plaintiff - Appellant,

      v.

DR. BERRY WEISSGLASS; DR. THEODOLPH JACOBS; KAREN HUFFMAN,
Physician Assistant,

            Defendants – Appellees,

      and

CAROLINA CENTER FOR OCCUPATIONAL HEALTH; DIRECTOR DAWN
FRAZIER; NURSE MICHAEL MURRY,

            Defendants.

Appeal from the United States District Court for the District of South Carolina, at
Anderson.  R. Bryan Harwell, District Judge.  (8:15-cv-02876-RBH)

Submitted:  June 15, 2017                         Decided:  July 6, 2017

Before KING, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronnie Joe Vanzant, Appellant Pro Se. Hugh Willcox Buyck, Gordon Wade Cooper, BUYCK SANDERS & SIMMONS, Charleston, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Joe Vanzant appeals the district court's order adopting the recommendation of the magistrate judge and granting summary judgment to the Defendants on Vanzant's 42 U.S.C. § 1983 (2012) action claiming deliberate indifference to his serious medical needs and the court's order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. *Vanzant v. Weissglass*, No. 8:15-cv-02876-RBH (D.S.C., Sept. 6, 2016 & Dec. 19, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*